UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-10029-CR-MARTINEZ

UNITED STATES OF AMERICA

    Plaintiff,

vs.

MANUEL FONSECA PAZOS,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court to conduct a Change of Plea before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Lurana S. Snow, on August 31, 2016. A Report and Recommendation was filed on September 26, 2016, [ECF No. 20], recommending that the Defendant's plea of guilty be accepted. The parties were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has reviewed the entire file and record and notes that no objections have been filed. After careful consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that the Report and Recommendation [ECF No. 20] of United States Magistrate Judge Lurana S. Snow, is hereby **AFFIRMED and ADOPTED** in its entirety.

The Defendant is adjudged guilty to Count 1 of the Indictment, which

charges him with encouraging an alien to enter the United States unlawfully, in violation of 8 U.S.C. §§1324(a)(1)(A)(iv) and (v)(II).

**DONE AND ORDERED** in Chambers at Miami, Florida, this 24 day of October, 2016.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copied: Hon. Magistrate Snow
All Counsel Of Record
U.S. Probation Office